IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Foster, Carrie M

Printed: 02/03/09

Case Number: 08 B 18894
Judge: Goldgar, A. Benjamin
Filed: 7/23/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: December 23, 2008
Confirmed: September 23, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,700.00 |  |
| Secured: |  | 1,587.80 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 112.20 |
| Other Funds: |  | 0.00 |
| Totals: | 1,700.00 | 1,700.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Timothy K Liou | Administrative | 1,709.20 | 0.00 |
| 2. | Wachovia Mortgage | Secured | 5,205.00 | 1,587.80 |
| 3. | Wachovia Mortgage | Secured | 32,131.85 | 0.00 |
| 4. | Capital One | Unsecured | 173.20 | 0.00 |
| 5. | Peoples Energy Corp | Unsecured | 445.03 | 0.00 |
| 6. | Advocate Health Care | Unsecured | 40.20 | 0.00 |
| 7. | Sprint Nextel | Unsecured | 760.99 | 0.00 |
| 8. | Advocate Bethany Hospital | Unsecured |  | No Claim Filed |
| 9. | Emergency Medical Specialist SC | Unsecured |  | No Claim Filed |
| 10. | Monitronics International | Unsecured |  | No Claim Filed |
| 11. | Global Teledata | Unsecured |  | No Claim Filed |
|  |  |  | $ 40,465.47 | $ 1,587.80 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.6% | 112.20 |
|  | $ 112.20 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Foster, Carrie M

Printed: 02/03/09

Case Number: 08 B 18894
Judge: Goldgar, A. Benjamin
Filed: 7/23/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*